IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01722-NYW-NRN

DAWUD HABIB TAYLOR EL,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT,

    Defendant.

---

# FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Magistrate Judge's Recommendation of United States District Judge Nina Y. Wang entered on March 17, 2025 [Doc. 82], it is

ORDERED that Plaintiff's Objection [Doc. 77] is OVERRULED.  It is

FURTHER ORDERED that Plaintiff's Response to Defendant's Motion for Summary Judgment and Objection to Magistrate Judge's Report and Recommendation [Doc. 79] is STRICKEN.  It is

FURTHER ORDERED that Defendant RTD's Motion to Strike ECF 79 [Doc. 80] is DENIED as moot.  It is

FURTHER ORDERED that the Report and Recommendation of United States Magistrate Judge N. Reid Neureiter [Doc. 76] is ADOPTED.  It is

FURTHER ORDERED that Defendant's Motion for Summary Judgment [Doc. 61] is GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant Regional Transportation District and against Plaintiff Dawud Habib Taylor El.  It is

FURTHER ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is terminated.

Dated at Denver, Colorado this 17th day of March, 2025.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk